**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

MARK F. MCLELLAN,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

Case No. 1:25-cv-12761

**MOTION TO WITHDRAW OLIVIA C. MALONE AS COUNSEL OF RECORD FOR GOOGLE LLC**

Pursuant to Local Rule 83.17, Olivia C. Malone moves for leave to withdraw as one of the attorneys of record in this matter. In support of this motion, Ms. Malone states as follows:

1. On November 10, 2025, Ms. Malone filed a motion to appear as an attorney of record for Defendant in this matter *pro hac vice*. At the time she filed her motion, Ms. Malone was employed by the law firm of Keker, Van Nest & Peters LLP. On November 10, 2025, Ms. Mariah A. Whitner of the law firm Barnes & Thornburg LLP also appeared for Defendant in this matter earlier that day.

2. Likewise, on the same day, Erin E. Meyer and Rylee K. Olm of Keker, Van Nest & Peters LLP also filed motions to appear on behalf of Defendant in this matter *pro hac vice.* The next day, David J. Silbert of Keker, Van Nest & Peters LLP filed a motion to appear on behalf of Defendant in this matter *pro hac vice*. The *pro hac vice* motions of Ms. Meyer, Ms. Olm, and Mr. Silbert were all granted by the Court, as was Ms. Malone's motion.

3. Subsequently, Mr. Jeffrey M. Barron of the law firm Barnes & Thornburg LLP appeared as counsel for Defendant and Ms. Stephanie J. Goldberg of Keker, Van Nest & Peters LLP moved to appear on behalf of Defendant in this matter *pro hac vice*. Ms. Goldberg's motion was granted.

4. Ms. Malone is no longer employed by Keker, Van Nest & Peters LLP. As a result, Ms. Malone is no longer engaged to represent Defendant.

5. Defendant therefore consents to Ms. Malone's motion to withdraw. Defendant will continue to be represented by Mr. Silbert, Ms. Meyer, Ms. Olm, and Ms. Goldberg from Keker, Van Nest & Peters LLP as well as Mr. Barron and Ms. Whitner from Barnes & Thornburg LLP.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the Court grant Olivia C. Malone leave to withdraw her appearance as attorney of record in this matter.

Respectfully submitted,

Dated: January 20, 2026

By: */s/ Erin E. Meyer*

JEFFREY M. BARRON
MARIAH A. WHITNER
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606-2833
Telephone: 312 357 1313
jeff.barron@btlaw.com
mariah.whitner@btlaw.com

DAVID SILBERT
ERIN E. MEYER
RYLEE KERCHER OLM
STEPHANIE J. GOLDBERG
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
dsilbert@keker.com
emeyer@keker.com
rolm@keker.com
sgoldberg@keker.com

Attorneys for Defendant
GOOGLE LLC